IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. GLUMAC, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>DON TODD ASSOCIATES, INC., an entity of unknown form, and DOES 1 TO 100, inclusive,<br><br>Defendants. | No. C 09-01442 WHA<br><br>**JUDGMENT** |

For the reasons stated in the order granting in part and denying in part plaintiff's motion for default judgment, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of plaintiff and against defendants. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: February 16, 2010

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE