IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ex rel.
GLUMAC, a California corporation,

    Plaintiff,

v.

DON TODD ASSOCIATES, INC., an
entity of unknown form, and DOES 1 TO
100, inclusive,

    Defendants.
                                 /

No. C 09-01442 WHA

**ORDER GRANTING COSTS
AND DENYING INTEREST**

In this action involving claims for violation of the False Claims Act and breach of contract, default judgment was entered in favor of relator and qui tam plaintiff Glumac against defendant Don Todd Associates, Inc. in the amount of $62,512.00. Plaintiff's request for costs was denied without prejudice because plaintiff did not properly document the costs it incurred or why they were reasonable. Plaintiff was invited to submit documentation in support of its request for costs. Plaintiff has now submitted a sworn declaration and detailed explanation of its request for an award of costs of $2,943.48. Accordingly, plaintiff's request for an award of $2,943.48 for costs is **GRANTED**.

Plaintiff also now requests that the Court award interest on its monetary damages arising out of its breach of contract claim. Section 3302 of the California Civil Code allows for an award

of interest but no interest was previously awarded because plaintiff did not seek interest in its motion for default judgment. Because plaintiff did not previously move for interest, its request now is **DENIED** as untimely.

**IT IS SO ORDERED.**

Dated: February 23, 2010

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE